AUSA SRZ

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Francisco ADAME-Cendejas, Defendant. | Magistrate Case No.: '08 MJ 8782<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about August 27, 2008, within the Southern District of California, defendant Francisco ADAME-Cendejas, did knowingly and intentionally import approximately 133.48 kilograms (293.65 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

[signature]
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 28TH DAY OF AUGUST, 2008.

[signature]
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Francisco ADAME Cendejas

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to Bureau of Immigration and Customs Enforcement Special Agent Christina Johnson.

On August 27, 2008, at approximately 1217 hours, Francisco ADAME-Cendejas (ADAME) was in the pre-primary lane leading into lane number one of the Calexico, California, west port of entry. ADAME was the driver of a 1998 bus bearing California license plate 8P51982. While conducting a pre-primary roving operation with his Narcotics Detector Dog (NDD), Canine Enforcement Officer (CEO) J. Jones' NDD alerted to the bus driven by ADAME.

Customs and Border Protection Officer (CBPO) V. Othon was notified of the alert when the bus approached. CBPO Othon received a negative Customs declaration from ADAME. CEO Jones requested ADAME turn off the vehicle. CBPO Dorantes escorted ADAME to the secondary office. CEO Jones opened the gas tank area of the bus and discovered packages in a specially built compartment.

CBPO Dorantes returned to the vehicle and removed and probed one package. A presumptive field test indicated the contents of the packages to be marijuana. Sixteen (16) packages were discovered. The total weight of the packages was approximately 133.48 kilograms (293.65 pounds).

ADAME was notified of his arrest and advised of his Miranda Rights, which he acknowledged and waived. ADAME admitted knowledge of the controlled substance and stated he was to be paid approximately $600.00 for the smuggling venture.